# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| BETTER MOUSE COMPANY, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| ETEKCITY CORPORATION, | § | 2:16-cv-00270-JRG |
| | § | LEAD CASE |
| KWORLD (USA) COMPUTER, INC., D/B/A GAMDIAS, | § | 2:16-cv-00271-JRG |
| PC GEAR HEAD, LLC, D/B/A GEAR HEAD, | § | 2:16-cv-00272-JRG |
| DOV ENTERPRISES, INC., D/B/A SHARKK, | § | 2:16-cv-00326-JRG |
| SDI TECHNOLOGIES INC., D/B/A IHOME, | § | 2:16-cv-00327-JRG |
| SENTEY, INC., | § | 2:16-cv-00328-JRG |
| INLAND PRODUCTS, INC., | § | 2:16-cv-00330-JRG |
| UTECHSMART INC., | § | 2:16-cv-00331-JRG |
| *Defendants*. | | |

## ORDER

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues (except venue) with the LEAD CASE, Cause No. 2:16-cv-270. All parties are instructed to file any future filings (except relating to venue) in the LEAD CASE. Individual cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case.

If a docket control order, protective order, discovery order, and/or appointment of mediator has been entered in the lead case at the time new member cases are added to the consolidated action, all parties are directed to meet and confer in order to determine whether amendments to such documents are necessary. Any proposed amendments to the docket control order, protective order, discovery order, or appointment of a mediator shall be filed within two weeks of this Order.

The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket that may also be appropriate for consolidation with this case.

The Clerk is instructed to add the consolidated defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared *pro hac vice* in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case.

**So ORDERED and SIGNED this 1st day of June, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE