# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ETEKCITY CORPORATION, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 2:16-cv-270 **(Consolidated Lead Case)** |
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INLAND PRODUCTS, INC., <br><br> Defendant. | CIVIL ACTION NO. 2:16-cv-330 <br><br> **(Particular Member Case)** |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO INLAND PRODUCTS

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff Better Mouse Company, LLC and defendant Inland Products, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff Better Mouse Company, LLC and defendant Inland Products, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated July 6, 2016 (the "Settlement Agreement").

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them, subject to the terms of the Settlement Agreement. The Court retains jurisdiction over this matter for the limited purpose of enforcing the settlement agreement.

**SIGNED this 17th day of October, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE